212 So.2d 428

Neil L. MONROE

v.

NORTHWESTERN NATIONAL INSUR-
ANCE COMPANY et al.

No. 49300.

June 7, 1968.

In re: Continental Southern Lines, Inc. and Northwestern National Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 210 So.2d 365.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

■

212 So.2d 428

In the Matter of the SUCCESSION of
E. W. K. ANDRAU.

No. 49359.

July 16, 1968.

In re: Bank of the Southwest National Association, Houston, applying for writs of certiorari and mandamus.

Writ refused. The ruling of the trial court is correct.

HAMLIN, J., concurs; but is of the view that applicant's remedy may be by motion to stay the Louisiana proceedings. Cf. Transamerica Ins. Co. et al. v. Whitney National Bank of New Orleans, 251 La. 800, 206 So.2d 500.